**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Cr. No. 2:25-cr-20400-TLP** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ELTON FIELDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO DISMISS INDICTMENT**

The United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee and Lauren J. Delery, Assistant United States Attorney, respectfully moves this Honorable Court to dismiss the indictment in the above-styled case.

Respectfully Submitted,

D. MICHAEL DUNAVANT
United States Attorney

/s/ *Lauren J. Delery*
Lauren J. Delery
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231

## <u>CERTIFICATE OF SERVICE</u>

I, Lauren J. Delery, Assistant United States Attorney for the Western District of

Tennessee, do hereby certify that a copy of the foregoing motion has been filed via the District

Court's electronic case filing system, which sends notice to the defendant's counsel of record.

This 4th day of May, 2026.

/s/ <u>*Lauren J. Delery*</u>
Lauren J. Delery
Assistant United States Attorney
167 N. Main Street, Ste. 800
Memphis, TN 38103
(901)544-4231
